**No. 60532.**—Naumes Forwarding Service *v.* United States, protest 292344–K/8318 (Chicago).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of peppers or pickles similar in all material respects to those the subject of *E. J. Petrosemolo Co., Inc.*, and *Barian Shipping Co., Inc.* v. *United States* (29 Cust. Ct. 159, C. D. 1461), the claim of the plaintiff was sustained.

**No. 60533.**—Aloha Factors et al. *v.* United States, protests 239789–K, etc. (Honolulu).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiffs was sustained.

**No. 60534.**—Trans World Shipping Corp. *v.* United States, protests 247135–K, 255333–K, and 260766–K (New York).

Opinion by DONLON, J.   The protests were dismissed.

BEFORE THE FIRST DIVISION, FEBRUARY 28, 1957

**No. 60535.**—Better Houseware Company *v.* United States, protests 271736–K (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

**No. 60536.**—John H. Faunce Philadelphia, Inc. *v.* United States, protest 293625–K (Philadelphia).

Opinion by MOLLISON, J.   The protest was dismissed.